

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 7, 1961

Honorable Robert S. Calvert
Comptroller of Public Accounts
Austin, Texas                    Opinion No. WW-1188

                                 Re:  Pre-existing law for
                                      appropriation to the
Dear Mr. Calvert:                     Red River Authority.

      You have requested our opinion on whether there is pre-existing law for the appropriation contained in Senate Bill 1, Acts of the 57th Legislature, First Called Session, to the Red River Authority on pages 138-139 of the Supplement to the Senate Journal and reading as follows:

| | "For the Years Ending | |
| | August 31, 1962 | August 31, 1963 |
|---|---|---|
| There is hereby appropriated and there shall be paid to the Red River Authority out of any moneys in the General Revenue Fund not otherwise appropriated, which sums shall be used for defraying any expenses necessary to the management of the affairs of the district, the sum of The Red River Authority shall repay said amount to the State out of the proceeds of the first bonds issued by said Authority." | $ 50,000 | U.B. |

      Your specific question reads as follows:

      "Please advise if there is sufficient pre-existing law for me to issue my warrant in the amount of $50,000.00 in favor of the Red River Authority."

      Section 59 of Article XVI of the Constitution of Texas provides in part:

"There may be created within the State of Texas, or the State may be divided into, such number of conservation and reclamation districts as may be determined to be essential to the accomplishment of the purposes of this amendment to the constitution, which districts shall be governmental agencies and bodies politic and corporate with such powers of government and with the authority to exercise such rights, privileges and functions concerning the subject matter of this amendment as may be conferred by law."

Section 1 of Article 8280-228, Vernon's Civil Statutes, provides as follows:

"Pursuant to and as expressly authorized by Article XVI, Section 59 of the Constitution of the State of Texas, there is hereby created within the State of Texas, in addition to the conservation and reclamation districts into which the state has heretofore been divided, a conservation and reclamation district to be known as 'Red River Authority of Texas' (hereinafter referred to as the 'Authority'), which shall be a governmental agency of the State of Texas, a body politic and corporate."

The Red River Authority being created as a governmental agency of the State of Texas pursuant to the expressed authority in Section 59 of Article XVI of the Constitution of the State of Texas, you are advised that Section 1 of Article 8280-228, quoted above, constitutes the pre-existing law for the appropriation referred to in your request.

Section 17 of Article 8280-228 provides:

"For the purpose of providing funds requisite to secure the necessary studies, engineering and other services which may be necessary, the collection and computation of data respecting regional and general conditions influencing the character and extent of the improvements necessary to effect the purposes of the creation of this Authority to the greatest public advantage, it is hereby provided that the Authority may solicit, seek and accept contributions to its funds from any other district, authority or municipality, the Federal Government

Honorable Robert S. Calvert, page 3 (WW-1188)

or the State of Texas, or from any other
source.  Any and all grants and gratuities
shall be strictly accounted for and shall
be subject to the same rules, regulations
and orders as are other funds handled or
disbursed by the Authority."

In view of the provisions of Section 17, Article
8280-228, you are advised that said Article constitutes
sufficient pre-existing law for you to issue a warrant in the
amount of $50,000.00 in favor of the Red River Authority as
provided in Senate Bill 1, Acts of the 57th Legislature, First
Called Session.

S U M M A R Y

Section 59 of Article XVI of the Con-
stitution of Texas and Article 8280-
228, Vernon's Civil Statutes, constitute
sufficient pre-existing law authorizing
the Comptroller of Public Accounts to
issue a warrant in the amount of $50,000.00
in favor of the Red River Authority as pro-
vided in the current General Appropriation
Act.

Very truly yours,

WILL WILSON
Attorney General of Texas

JR:dhs:lgh

By John Reeves
Assistant

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Marvin Thomas
Phillip A. Nelson, Jr.
Jack N. Price
Dudley D. McCalla

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.